# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>BERNHARDT, *et al.*,<br><br>Defendants. | Civil Action No. 19-cv-01071-EGS<br><br>**AFFIDAVIT OF SERVICE** |

I hereby certify that service of the Complaint, Summons, and other case initiating documents for the above captioned case took place as described below.

On April 17, 2019, a copy of the Complaint, Summons, and other case initiating documents were sent by certified mail, return receipt requested, to the following parties:

David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, DC 20240

William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

U.S. Attorney
c/o Civil Process Clerk
555 4th Street N.W.
Washington, D.C. 20001-2733

Secretary Bernhardt received the documents on April 23, 2019. The U.S. Fish and Wildlife Service received the documents on April 23, 2019. The Attorney General received the documents on April 26, 2019. The U.S. Attorney received the documents on April 30, 2019.

Receipts and delivery confirmation verifying this information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2019.

Dated: May 9, 2019                              */s/ Lila Woloshin*
                                                Lila Woloshin, Paralegal
                                                Center for Biological Diversity
                                                P.O. Box 11374
                                                Portland, OR 97211-0374

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

9590 9402 2195 6193 5206 45

2. Article Number (Transfer from service label)

7019 0140 0000 7967 7619

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery APR 29 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery  $_____

Postage  $1.60

Total Postage and Fees  $7.90

Sent To David Bernhardt, Secretary, U.S. DOI
Street and Apt. No., or PO Box No. 1849 C Street NW
City, State, ZIP+4® Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0140 0000 7967 7619



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William Barr, Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   9590 9402 2195 6193 5154 81

2. Article Number (Transfer from service label)

   7019 0140 0000 7967 7602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   APR 26 2019

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20530   OFFICIAL USE

| Certified Mail Fee | $3.50 | 0011 99 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00    Postmark Here
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.60
Total Postage and Fees  $7.90

Sent To William Barr, Attorney General, U.S. DOJ
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington, DC 20530-0001

7019 0140 0000 7967 7602

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
c/o Civil Process Clerk
555 4th Street N.W.
Washington, DC 20001-2733

9590 9402 2195 6193 5206 38

2. Article Number (Transfer from service label)

7019 0140 0000 7967 7633

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

APR 30 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $3.50
$  $2.80
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00  Postmark
☐ Certified Mail Restricted Delivery $ $0.00  Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.60
$
Total Postage and Fees $7.90
$

Sent To U.S. Attorney c/o Civil Process Clerk
Street and Apt. No., or PO Box No. 555 4th Street NW
City, State, ZIP+4® Washington, DC 20001-2733

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

04/17/2019